UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEONDRE BLANDING,<br><br>Defendant | Criminal No.    24cr10115<br><br>Violation:<br><br>Count One: Possession of a Firearm in Furtherance of a Drug Trafficking Crime (18 U.S.C. § 924(c)(1)(A))<br><br>Firearm Forfeiture Allegation:<br>(18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461(c)) |

INFORMATION

COUNT ONE
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(18 U.S.C. § 924(c)(1)(A)(i))

The Acting United States Attorney charges:

On or about October 8, 2023, in Randolph, in the District of Massachusetts, and elsewhere, the defendant,

DEONDRE BLANDING,

did knowingly possess a firearm in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, to wit: conspiracy to distribute and to possess with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 846.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The Acting United States Attorney further alleges:

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 924(c)(1)(A)(i), set forth in Count One, the defendant,

DEONDRE BLANDING,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

                                JOSHUA S. LEVY
                                Acting United States Attorney

By:   /s/ Sarah Hoefle
        Sarah Hoefle
        Michael Crowley
        Lucy Sun
        Assistant U.S. Attorneys

Date: April 29, 2024